# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1035
Lower Tribunal No. CF17-004714-XX

_____

JERRY PAUL SALTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

April 23, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Jerry Paul Salter, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED